UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO BERNARD JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>SHERMAN STEWART, Warden,<br><br>Respondent. | Case No. 2:18-cv-06293-FLA (JCx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody and the Supplemental Petition (collectively, "Petition") and all of the records herein, including the July 6, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is DENIED, this action is DISMISSED with prejudice, and Judgment be entered accordingly.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and on Respondent's counsel.

IT IS SO ORDERED.

Dated: October 28, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge