UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO BERNARD JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>SHERMAN STEWART, Warden,<br><br>Respondent. | Case No. 2:18-cv-06293-FLA (JCx)<br><br>**JUDGMENT** |

Pursuant to this court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

It is ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and the Supplemental Petition are DENIED, and this action is DISMISSED with prejudice.

IT IS SO ADJUDGED.

Dated: October 28, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge